# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1585

_____

Rodger Dean Robb,      *
               *
    Appellant,     *
               * Appeal from the United States
 v.          * District Court for the
               * District of Minnesota.
Michael O'Keefe, Commissioner, *
Minnesota Department of Health and *  [UNPUBLISHED]
Human Services,      *
               *
    Appellee.     *

_____

Submitted: December 18, 2003

Filed: January 6, 2004

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Rodger Dean Robb appeals the district court's[1] order denying his 28 U.S.C.
§ 2254 petition challenging his commitment under Minnesota's Sexually Dangerous
Person (SDP) Act, Minn. Stat. §§ 253B.02, subd. 18c, 253B.185 (2002). The district

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District
of Minnesota, adopting the report and recommendations of the Honorable Jonathan
G. Lebedoff, United States Magistrate Judge for the District of Minnesota.

court granted Robb a certificate of appealability on whether Minnesota's "lack of adequate control" standard comports with constitutional requirements. The constitutionality of Minnesota's SDP Act was recently upheld in <u>Linehan v. Milczark</u>, 315 F.3d 920, 927-28 (8th Cir. 2003). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We deny appellee's pending motion.

_____